JAMES DAL BON
CA BAR #157942
DAL BON AND WANG
12 S FIRST STREET #613
SAN JOSE, CA 95113
(408)292-1040

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES HOLLAND,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>YONG WON DBA GOOYI GOOYI AND<br><br>DOES 1 TO 10<br><br>　　　　　Defendants | Case No: 07-CV-03914 PVT<br><br>JOINT CASE MANAGEMENT<br>CONFERENCE STATEMENT;<br>ADR CERTIFICATION;<br>[PROPOSED] ORDER<br><br>Date: November 6, 2007<br>Time: 2:00pm<br>Courtroom:<br>Honorable Magistrate Judge Patricia V. Trumbull |

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

The parties to the above-referenced action jointly submit this Case Management Statement and Mediation Certification.

DESCRIPTION OF THE CASE

1. Jurisdiction and Service:

The Plaintiff claims United States District Court has jurisdiction under the Fair Labor and Standards Act. All parties have been served.

JOINT CASE MANAGEMENT CONFERENCE STATEMENT; ADR CERTIFICATION; [PROPOSED] ORDER
1

2. Facts:

This is a simple wage and hour case.  The plaintiff claims she worked for Defenants  in a variety of capacities including food preprarer.  The plaintiff asserts she worked over eight hours in one day and forty hours in one week and was not paid overtime.  Defendants dispute amount of overtime.

3. Legal Issues:

Whether Defendant is subject to liability under the FLSA; waiting time penalty under Lab. Code s 203

4. Motions:

Defendant and Plaintiff anticipate filing a summary judgment motion  on all issues following limited discovery.

5. Amendment of Pleadings:

Plaintiff anticipates no further amendments to the complaint unless she discovers new parties to the case.

6. Evidence Preservation:

Plaintiff has preserved and will give Defendants copies of his evidence.  He will make copies and give defendants copies of any evidence in the file excluding copies of evidence withheld for impeachment purposes.

7. Disclosures:

Parties have agreed to exchange disclosures in thirty days.

8. Discovery:

Thirty five special interrogatories per party;  Unlimited requests for Admissions and Production of Documents.  Parties limited to four non expert depositions at ten hours a piece (eight hour limitation imposed by local rules raised to ten because some depositions may require an interpreter).

9. <u>Class Actions</u>: None we are aware of.

10. <u>Related Cases</u>: None we are aware of.

11. <u>Relief</u>:  Plaintiff is asking for lost overtime wages under state and federal law;

12. <u>Settlement and ADR</u>:  Both parties consent to mediation.

13. <u>Consent to Magistrate Judge For All Purposes</u>:  Plaintiff and Defendant consent to a magistrate judge.

14. <u>Other References</u>: None requested

15. <u>Narrowing of Issues</u>: Summary Judgment will narrow issues.

16. <u>Expedited Schedule</u>:  None Requested

17. <u>Scheduling</u>:  See below

18. <u>Trial</u>: Neither party requests a jury.

19. <u>Disclosure of Non-party Interested Entities or Persons</u>:  None that Plaintiff and Defendant are aware of.

## ALTERNATIVE DISPUTE RESOLUTION

Parties met and conferred and will submit a stipulation selecting mediation (ADR L.R. 6) as an ADR process with this statement.

## DISCLOSURES

Disclosures will be exchanged in thirty days.

## DISCOVERY

Close of all discovery by May 31, 2008.  Parties do not anticipate using expert witnesses. However if that occurs  Exchange of expert witnesses June 31, 2008, Deposition of expert witnesses July 31, 2008.  Last Day for dispositive motions August 26, 2008.

## TRIAL SCHEDULE

Three day trial sometime in September 2008

                                            Respectfully submitted,
                                            Dal Bon & Wang

Dated:                                   _____s/jdb_____
                                            James Dal Bon
                                            Attorney for Plaintiff

                                            Respectfully submitted,

                                            THE JUNG LAW FIRM

Dated:                                   _____

                                            H. Joseph Jung

                                            THE JUNG LAW FIRM
                                            Attorney for Defendants

## CASE MANAGEMENT ORDER

The case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:

Dated:                                   _____
                                            Honorable Patricia V. Trumbull