1  H. Joseph Jung
   The Jung Law Firm
2  166 Santa Clara Ave.
   Oakland, CA 94610
3  (510) 658-2500
   (510)658-2534
4

5

6

7  ATTORNEY FOR DEFENDANT

8

9                           UNITED STATES DISTRICT COURT

10                                        FOR THE

11                          NORTHERN DISTRICT OF CALIFORNIA

12

13  MERCEDES HOLLAND,                    )
                                         )
14           Plaintiff,                  ) Case No: 07-CV-03914 PVT
                                         )
15      vs.                              ) CONSENT TO APPEAR BEFORE A
                                         ) MAGISTRATE JUDGE
16  YONG WON DBA GOOYI GOOYI AND         )
                                         ) Date: November 6, 2007
17  DOES 1 TO 10                         ) Time: 2:00pm
                                         ) Courtroom:
18           Defendants                  ) Honorable Magistrate Judge Patricia V.
                                         ) Trumbull
19                                       )
                                         )
20                                       )

21

22  CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE In

23  accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby

24  voluntarily consents to have a United States Magistrate Judge conduct any and all further

    proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
25

judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Respectfully Submitted

_____