## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

## MAGISTRATE PATRICIA V. TRUMBULL

Date: 11/6/07

Court Reporter: FTR                Clerk: C. Lew

Case No:C 07-3914  PVT              Case Title:  Rodriguez    vs.  Yong Won

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| James Dal  Bon | No appearance |

PROCEEDINGS

Pretrial Conferences:   [ ] Initial          [ ] Status        [ ] Discovery

[ ] Settlement        [ ] Final

[ ] Other            **[X] Case Management Conference**

| Pltf. | Deft. | MOTIONS | |
|---|---|---|---|
| [ ] | [ ] | 1. | |
| [ ] | [ ] | 2. | |
| [ ] | [ ] | 3. | |
| [ ] | [ ] | 4. | |

DISPOSITION

[ ] Granted            [ ] Submitted            [ ] Settled

[ ] Denied             [ ] Briefs to be filed        [ ] Not Settled

[ ] Granted in part, denied in part              [ ] Off Calendar

[ X ]Plaintiff's Attorney advised the court that the case has settled.

ORDER TO BE PREPARED BY

[X ] Plaintiff        [ ] Defendant            [ ] Court            [ ] Court w/opinion