**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MERCEDES RODRIGUEZ,                                          C 07-3914 PVT

        *Plaintiff(s),*

                                                    **CLERK'S NOTICE SCHEDULING**
                                                    **A CASE MANAGEMENT**
vs.                                                    **CONFERENCE**

YONG WON,

        *Defendant(s).*
_____

      Please take notice that a Case Management Conference is scheduled  for **January 8, 2008  at 2:00 p.m.**  before Magistrate Patricia V. Trumbull.   Parties are to appear  in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: December 6, 2007

                                     /s/ Corinne Lew
                                     _____
                                     Corinne Lew
                                     DEPUTY CLERK