1  JAMES DAL BON
   C- BAR #157942
2  DAL BON AND WANG
   12 South First Street #613
3   San Jose, CA 95113
   Tel (408) 292-1040
4  Fax (408)292-1045

5
   ATTORNEY FOR PLAINTIFFS
6

7
                     UNITED STATES DISTRICT COURT
8
                              FOR THE
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | Meredes Rodríguez                        ) CASE 07-03914
                                              )
13 |         Plaintiffs,                      )
             V                                )
14 |                                          )   STIPULATED DISMISSAL
     Yong Won dba Gooyi Gooyi and DOES 1-10   )
15 |                                          )
             Defendants                       )
16                                            )
                                              )
17                                            )
                                              )
18                                            )
                                              )
19 |_____  )

20
   Pursuant to Fed. R. Civ. Pro. 41(a)(1), Plaintiff respectfully requests:
21     1.    Parties have fully resolved their disputes and entered into a Settlement Agreement

22        and Release in November 29, 2007.

23        2. Each party is to bear its own costs and fees.

24        3. Parties hereby stipulate to dismiss entire action with prejudice.

25

                                      1

**STIPULATED DISMISSAL**

1  January 8, 2008

2                                           _____

3                                           JAMES DAL BON,

4                                           DAL BON & WANG

5                                           ATTORNEY FOR PLAINTIFFS

6

7
   January 8, 2008
8

9                                           _____

10                                          H Joseph Jung

11                                          ATTORNEY FOR THE DEFENDANTS

**STIPULATED DISMISSAL**

1  IT is so ordered

2  DATED:

3

4  _____

5  Honorable Magistrate Judge Patricia Trumbull

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**STIPULATED DISMISSAL**