**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MERCEDES RODRIGUEZ,　　　　　　　　　　　C 07-3914 PVT

　　　　*Plaintiff(s)*,

　　　　　　　　　　　　　　　　　　　　　　**CLERK'S NOTICE RESCHEDULING**
　　　　　　　　　　　　　　　　　　　　　　**A CASE MANAGEMENT**
vs.　　　　　　　　　　　　　　　　　　　　　**CONFERENCE**

YONG WON,

　　　　*Defendant(s)*.

---

　　Please take notice that the Case Management Conference scheduled for January 8, 2008 at 2:00 p.m. has been rescheduled to **February 12, 2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull. Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: January 8, 2008　　　　　　　/s/ Corinne Lew
　　　　　　　　　　　　　　　　　　―――――――――――
　　　　　　　　　　　　　　　　　　Corinne Lew
　　　　　　　　　　　　　　　　　　DEPUTY CLERK