UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MERCEDES RODRIGUEZ, | ) | Case No.: C 07-03914 PVT |
| Plaintiff, | ) ) | **ORDER REGARDING PLAINTIFF'S STIPULATED DISMISSAL** |
| v. | ) ) | |
| YONG WON DBA GOOYI GOOYI AND DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

On January 8, 2008, Plaintiff Mercedes Rodriguez ("Plaintiff") filed a stipulated dismissal to voluntarily dismiss this case, which included a proposed order. Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), a voluntary dismissal requires the signatures of all parties who have appeared in the case. Plaintiff's filing lacked Defense Counsel's signature, and accordingly, is not compliant with the requirements set forth above.[1]

Pursuant to Rule 41(a)(1), the parties are not required to obtain a court order to dismiss this case.[2] However, if the parties want a court order, pursuant to the Fair Labor Standards Act ("FLSA"), Plaintiff must file a declaration setting forth the terms of the proposed settlement. *See*

---

[1] Per General Order 45, section X.A, Plaintiff's Counsel's e-filing constituted his signature.

[2] The court expresses no opinion regarding whether such a dismissal would have a *res judicata* effect in light of the non-waivable nature of the Fair Labor Standards Act claims.

*Yue Zhou v. Wang's Restaurant*, 2007 WL 172308 at * 1 (N.D.Cal. Jan 17, 2007); *see also, Lynn's Food Stores, Inc. v. United States*, et al., 679 F. 2d 1350, 1352-53 (11th Cir. 1982); and House Report No. 101-664.[3] Under the FLSA, an employee's claims are non- waivable, and thus may not be settled without supervision of either the Secretary of Labor or a District Court. *Id.*

The court continued Plaintiff's January 8, 2008, case management conference to February 12, 2008. Plaintiff shall file any subsequent corrective filings prior to that date. No further continuances will be granted. Based on the briefs and arguments presented,

IT IS HEREBY ORDERED that the court shall take no action on the stipulated dismissal filed January 8, 2008.[4]

Dated: *1/10/08*

_Patricia V. Trumbull_
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[3] "House Report No. 101-664" refers to House Report No. 101-664, P.l. 101-433, Older Workers Benefit Protection Act, H.R. Rep. 101-664, H.R. Rep. No. 664, 101st Cong., 2nd Sess. 1990, 1990 WL 200383 (1990). This report reflects congress' continued intent that FLSA claims may not be waived or compromised without supervision of either the Secretary of Labor or a district court.

[4] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 2*