```
1   JAMES DAL BON
    CA BAR #157942
    LAW OFFICES OF JAMES DAL BON
2   28 NORTH 1ST SUITE 210
    SAN JOSE, CA 95113
3   TEL (408)297-4729
    FAX (408)297-4728
4
    ATTORNEY FOR PLAINTIFFS
5
```

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Mercedes Rodriguez<br><br><br>                Plaintiffs,<br><br>        vs.<br><br>Yon Wong dba Gooyi Gooyi and Does 1-10<br><br>                Defendants, | Case No: C07-03914PVT<br><br>VOLUNTARY DISMISSAL RULE OF FEDERAL CIVIL PROCEDURE 41(a)(1)(ii) |

1)   The parties having entered into a settlement agreement on 11/29/07 ,

hereby stipulated to dismiss their case under Federal Rule of Civil Procedure 41(a)(1)(ii).

with prejudice.

Voluntary Dismissal - 1

1  Dated: February 1, 2008

2

3

4  _____

5  James Dal Bon for the Plaintiff

6  Law Offices of James Dal Bon

7

8

9  Dated: February 1, 2008

10

11

12

13

14  _____ for Defendants

    Joseph H. Jung
15  Jung Law Firm
    166 Santa Clara Ave
16  Oakland, CA 94610-1323

17

18

19

20

21

22

23

24

25